UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA GEIB,

    Plaintiff(s),

Case No. C 08 0346 TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

COUNTY OF MARIN; MARIN COUNTY
SHERIFF'S DEPARTMENT; KEN CANZIANI,

    Defendant(s).

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/8/08

[Party] KEN CANZIANI

Dated: _____

[Counsel]
PATRICK K. FAULKNER, County Counsel
Renee Giacomini Brewer
Stephen R. Raab
1501 Civic Center Drive, Room 303
San Rafael, CA 94903
Telephone: 415.499.6117