**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is County Counsel of Marin County, Suite 275, Civic Center, San Rafael, CA 94903. On April 8, 2008, I served the within documents:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

XX by placing the document(s) listed above in a sealed envelope for collection and mailing on that date following ordinary business practices. I am readily familiar with the County's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Rafael, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

by overnight delivery to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) set forth below.

David M. Poore
Kahn, Brown & Poore
755 Baywood Drive, Suite 185
Petaluma, CA 94954

☐ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 8, 2008, at San Rafael, California.

Colleen Deely

26520