CHARLES M. LOUDERBACK, Bar No. 88788
E-MAIL: CML@paynefears.com
LEILA NARVID, Bar No. 229402
E-Mail: LN@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
KEN CANZIANI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GEIB,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN; MARIN COUNTY SHERIFF'S DEPARTMENT; KEN CANZIANI, and DOES 1 through 30, inclusive,<br><br>    Defendants. | CASE NO. C 08 0346 THE<br><br>SUBSTITUTION OF ATTORNEYS |

TO PLAINTIFF PATRICIA GEIB, AND HER COUNSEL OF RECORD, AND TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant, KEN CANZIANI, hereby substitutes Charles M. Louderback and the law firm of Payne & Fears, LLP, One Embarcadero Center, Suite 2300, San Francisco, California 94111; telephone 415.398.7860, as his counsel of record in the above matter, in place and stead of Patrick K. Faulkner, County Counsel, County of Marin, 1501 Civil Center

```
1  Drive, Room 303, San Rafael, California 94903; telephone
2  415.499.6117.
3
4  Dated:    April 9, 2008         By: /s/ Ken Canziani
5                                      KEN CANZIANI
6
7       I consent to this substitution of attorney.
8
9  Dated:    April 15, 2008         PATRICK K. FAULKNER, COUNTY COUNSEL
10
11
12                                  By: /s/ Stephen Raab
                                        Stephen Raab, Deputy Counsel
13                                      Counsel, County of Marin
14
15      I consent to and accept this substitution of attorney.
16
17 Dated:    April 15, 2008         Payne and Fears, LLP
18
19                                  By: /s/ Leila S. Narvid
                                        ~~Charles M. Louderback~~ Leila S. Narvid
20                                      Attorney for Defendant
                                        KEN CANZIANI
```