1 PATRICK K. FAULKNER, COUNTY COUNSEL
Renee Giacomini Brewer, SBN 173012
2 3501 Civic Center Drive, Room 275
San Rafael, CA 94903
3 Tel.: (415) 499-6117, Fax: (415) 499-3796

4

Attorney(s) for the County of Marin and Ken Canziani,
5

6 David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
7 755 Baywood Drive, Suite 185
Petaluma, California 94954
8 Telephone:    (707) 763-7100
Facsimile:      (707) 763-7180
9 dpoore@kahnbrownlaw.com

10 Attorneys for Plaintiff
PATRICIA GEIB
11

12
UNITED STATES DISTRICT COURT
13
FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 | PATRICIA GEIB,                                    | Case No.: USDC 08-CV00346 TEH
16 |         Plaintiff,                                | STIPULATION AND ~~PROPOSED~~ ORDER
17 |     v.                                            | EXTENDING CASE MANAGEMENT CONFERENCE AND DEADLINE TO SERVE INITIAL DISCLOSURES
18 | COUNTY OF MARIN; MARIN COUNTY
19 | SHERIFF'S DEPARTMENT; KEN CANZIANI,
20 | and DOES 1 through 50,
21 |         Defendants.

22   IT IS HEREBY STIPULATED by and between the parties to extend the Case Management
23 Conference to May 12, 2008. The parties have also agreed to extend the time for exchanging
24 Initial Disclosures to May 7, 2008.
25   There is good cause for the stipulation to extend time as follows:
26   • **Substitution of Attorneys:** Defendant Canziani is presently represented by the Marin
27     County Counsel's office. However, defendant Canziani is in the process of retaining
28     independent defense counsel to represent him in this matter, including the preparation

STIPULATION TO EXTEND TIME
28228

and filing of a substitution of attorneys. The parties anticipate that such a substitution will be filed within the next two weeks. Accordingly, this addition time is necessary for defendant Canziani's new attorneys to make an appearance in this action, and meet and confer regarding discovery, initial disclosures, and other required matters prior to the Case Management Conference;

- **Unavailability of Lead Trial Counsel:** Furthermore, good cause exists to extend these deadlines as the lead trial counsel for defendant County of Marin has a pre-scheduled vacation on the date of the Case Management Conference, and, as a result, will be unable to attend the hearing. The parties agree that lead trial counsel participation is necessary to conduct a productive Case Management Conference;

- **Dismissal of Defendant Marin County Sheriff's Department:** Good cause further exists in that the parties are presently meeting and conferring regarding the dismissal of defendant Marin County Sheriff's Department, including a stipulation that defendant County of Marin (as opposed to defendant Sheriff's Department) was the "employer" of plaintiff for purposes of this action. The parties anticipate that they will reach such a stipulation by May 1, 2008;

- **Judicial Economy:** The parties are not making this request for any improper purpose, including undue delay. Instead, the parties agree that judicial economy will be served if this request is granted. In particular, in light of the imminent substitution of attorneys, any further meet and confer regarding initial disclosures and a discovery plan would likely be premature, and, as such, the presently scheduled Case Management Conference will likely be unproductive. Likewise, judicial economy will be served through a stipulation to dismiss defendant Sheriff's Department. Once a stipulation is reached, the parties will not have to burden the Court's time, or the parties' attorney's fees and costs, in conducting discovery and preparing motions pertaining to which entity is the appropriate "employer" for purposes of this litigation.

///

///

SO STIPULATED.

Dated: _____          KAHN, BROWN & POORE


                                BY:_____
                                DAVID POORE
                                Attorney for Plaintiff


Dated: April 11, 2008           PATRICK K. FAULKNER
                                MARIN COUNTY COUNSEL

                                BY: /s/ Renee Giacomini Brewer
                                _____
                                RENEE GIACOMINI BREWER
                                Attorney for Defendant County of Marin


## PROPOSED ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' request to extend the time for Case Management conference to May 12, 2008, is Granted. The parties' request to extend time for initial disclosures to May 7, 20087 is Granted.

DATED: _____

_____
JUDGE THELTON E. HENDERSON

3

ANSWER TO COMPLAINT FROM DEFENDANT COUNTY OF MARIN

SO STIPULATED.

Dated: 4/11/2008

KAHN, BROWN & POORE

BY: *David M Poore /SP*
DAVID POORE
Attorney for Plaintiff

Dated: April 11, 2008

PATRICK K. FAULKNER
MARIN COUNTY COUNSEL

BY: *Renee Giacomini Brewer*
RENEE GIACOMINI BREWER
Attorney for Defendant County of Marin

~~PROPOSED~~ ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

The parties' request to extend the time for Case Management conference to May 12, 2008, is Granted. The parties' request to extend time for initial disclosures to May 7, 20087 is Granted.

DATED: 04/15/08

_____
JUDGE THELTON E. HENDERSON

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

ANSWER TO COMPLAINT FROM DEFENDANT COUNTY OF MARIN