1  CHARLES M. LOUDERBACK, Bar No. 88788
   E-MAIL: CML@paynefears.com
2  LEILA NARVID, Bar No. 229402
   E-Mail: LN@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  One Embarcadero Center, Suite 2300
   San Francisco, CA 94111
5  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
6
   Attorneys for Defendant
7  KEN CANZIANI
8
                UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 PATRICIA GEIB,                    CASE NO. C 08 0346 THE
12         Plaintiff,
13    v.
14 COUNTY OF MARIN; MARIN COUNTY     SUBSTITUTION OF ATTORNEYS
   SHERIFF'S DEPARTMENT; KEN
15 CANZIANI, and DOES 1 through
   30, inclusive,
16
17         Defendants.
18

19 TO PLAINTIFF PATRICIA GEIB, AND HER COUNSEL OF RECORD, AND TO THE
20 UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
21 CALIFORNIA:
22      PLEASE TAKE NOTICE that Defendant, KEN CANZIANI, hereby
23 substitutes Charles M. Louderback and the law firm of Payne &
24 Fears, LLP, One Embarcadero Center, Suite 2300, San Francisco,
25 California 94111; telephone 415.398.7860, as his counsel of
26 record in the above matter, in place and stead of Patrick K.
27 Faulkner, County Counsel, County of Marin, 1501 Civil Center
28

SUBSTITUTION OF ATTORNEY
Case No. USDC 08-CV00346 TEH

```
 1  Drive, Room 303, San Rafael, California 94903; telephone
 2  415.499.6117.
 3
 4  Dated:  April 9, 2008        By: /s/ Ken Canziani
 5                                   KEN CANZIANI
 6
 7      I consent to this substitution of attorney.
 8
 9  Dated:  April 15, 2008       PATRICK K. FAULKNER, COUNTY COUNSEL
10
11
12                               By: /s/ Stephen Raab
                                     Stephen Raab, Deputy Counsel
13                                   Counsel, County of Marin
14
15      I consent to and accept this substitution of attorney.
16
17  Dated:  April 15, 2008       Payne and Fears, LLP
18
19                               By: /s/ Leila S. Narvid
                                     Charles M. Louderback   Leila S. Narvid
20                                   Attorney for Defendant
                                     KEN CANZIANI
21
22
23
24
25  Dated:  4/18/08                  IT IS SO ORDERED
                                     /s/ Thelton Henderson
26                                   Judge Thelton E. Henderson
27
28
                                    2
    SUBSTITUTION OF ATTORNEY
    Case No. USDC 08-CV00346 TEH
```

*PAYNE & FEARS LLP, ATTORNEYS AT LAW, ONE EMBARCADERO CENTER, SUITE 2300, SAN FRANCISCO, CA 94111, (415) 398-7860*