1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

10   Geib,                                         08-00346 TEH MED

11              Plaintiff(s),                      **Notice of Appointment of Mediator**

12        v.

13   County of Marin,

14              Defendant(s).

15   TO COUNSEL OF RECORD:

16        The court notifies the parties and counsel that the Mediator assigned to this case

17   is:

18                         **Marjorie Gelb**
                           Attorney at Law/Mediator
19                         6279 Chabot Road
                           Oakland, CA 94618
20                         510-655-5211

21        Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22   governs the Mediation program.  The mediator will schedule a joint phone conference

23   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25   The court permits the mediator to charge each party its pro rata share of the cost of the

26   phone conference.

27
28

**Notice of Appointment of Mediator**
08-00346 TEH MED                    - 1 -

United States District Court
Northern District of California

1        Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: May 6, 2008

5                                                                RICHARD W. WIEKING

                                                            Clerk

6                                                                by:    Alice M. Fiel

7

8                                                            _____

9                                                              ADR Case Administrator

                                                          415-522-3148

10                                                             Alice_Fiel@cand.uscourts.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**

United States District Court
Northern District of California