# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Geib,<br><br>            Plaintiff(s),<br><br>    v.<br><br>County of Marin,<br><br>            Defendant(s). | 08-00346 TEH ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Marjorie Gelb**
Attorney at Law/Mediator
6279 Chabot Road
Oakland, CA 94618
510-655-5211

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-00346 TEH ENE                         - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: May 6, 2008

          RICHARD W. WIEKING
          Clerk
          by:     Alice M. Fiel

          ADR Case Administrator
          415-522-3148
          Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-00346 TEH ENE                         - 2 -