UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: May 12, 2008

**Case No:** C 08-00346 TEH

**Case Title**: PATRICIA GEIB  v.  COUNTY OF MARIN, et al.

**Appearances:**

> For Plaintiff(s): David Poore

> For Defendant(s): Renee Giacomini Brewer, Leila Narvid

**Deputy Clerk**: Rowena B. Espinosa          **Court Reporter**: none

### PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
　　　　　　　　( ) Denied
　　　　　　　　( ) Granted in part/Denied in part
　　　　　　　　( ) Taken under submission
　　　　　　　　( ) Withdrawn/Off Calendar
　　　　　　　　(X) Continued to: **Monday, 07/14/08 at 1:30 PM for Further CMC**

### SUMMARY

- Parties shall file a joint CMC statement 7 days prior to the next hearing.