**MARJORIE GELB**
ATTORNEY AT LAW/ MEDIATOR
6279 Chabot Road, Oakland, CA 94618
Phone: (510) 655-5211/ Fax: (510) 655-5883
marjoriegelb@sbcglobal.net

June 2, 2008

| | |
|---|---|
| David M. Poore | Leila Narvid |
| Kahn Brown & Poore LLP | Charles Michael Louderback |
| 755 Baywood Drive, Suite 185 | Payne & Fears LLP |
| Petaluma, CA 94954 | One Embarcadero Center, Suite 2300 |
| | San Francisco, CA 94111 |

Renee Giacomini Brewer
Stephen Robert Raab
Marin County Counsel's Office
3501 Civic Center Drive, Room 275
San Rafael, CA 94903

**RE: Geib v. County of Marin et al. Case No. 08-00346 TEH [ENE]**

Dear Counsel:

Thank you for the effort you put into the preliminary phone call we had on Friday. This will confirm that we have scheduled the ENE session in this case for Wednesday, July 2, 2008. We will meet at the office of the Marin County Counsel, 3501 Civic Center Drive, Room 275, San Rafael at 10:00 a.m. We agreed to continue at least until 3 p.m. to allow the session to continue as long as it is being productive.

Please make sure the written statements described in ADR L.R. 5-9 are exchanged and in my office by Monday, June 23, 2008. I will accept delivery by mail, e-mail or fax. In our telephone conversation we discussed that I would like you to set out the key facts of your cases in as much specific detail as you think will be useful to enable me to form an opinion as to how the court or jury will evaluate the merits of your case. I would appreciate a presentation taking into account the burden of proof for each theory. I would also like to have the citations for any critical cases you are relying upon. Since this is an Early Neutral Evaluation, I need to fully understand all the legal theories both jurisdictional and on the merits. The more focused the written statements are regarding the facts and legal issues in the case, the better prepared we all will be and the more meaningful our ENE session will be.

I understand that you will arrange for your clients' attendance. Plaintiff Patricia Gieb will appear with her attorney. For the County of Marin, a representative from the Sheriff's office will attend, in addition to counsel. Defendant Ken Canziani will appear with his attorney Lela Narvid.

Please prepare for the session by discussing each of the following items with your client:

David M. Poore, et al.
June 2, 2008
Page 2

- ➢ The strengths and weaknesses of your case
- ➢ The strengths and weaknesses of your opponent's case
- ➢ The probable risks and cost assessments of a trial
- ➢ Your client's goals, needs and priorities
- ➢ Your best assessment of the other sides needs and priorities
- ➢ Your estimated budget to litigate the case through trial

I look forward to assisting you on this case.

Sincerely,


MARJORIE GELB

cc:   Clerk's Office - ADR Unit
      450 Golden Gate Avenue
      San Francisco, CA 94102