UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge: Thelton E. Henderson**

**Date**: July 14, 2008

**Case No:** C 08-00346 TEH

**Case Title**: PATRICIA GEIB v. COUNTY OF MARIN, et al.

**Appearances:**

    For Plaintiff(s): David Poore

    For Defendant(s): Renee Brewer, Leila Narvid

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

### PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      ( ) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      (X) Continued to: **Monday, 09/08/08 at 1:30 PM for Further CMC**

### SUMMARY

- Parties are engaged in settlement.
- Parties shall file a joint CMC statement 7 days prior to the next hearing if the case has not settled.