# FILED

**JUL 1 6 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

## UNITED STATES DISTRICT COURT

### Northern District of California

Geib,

Plaintiff(s),

v.

County of Marin,

Defendant(s).

No. C 08-00346 TEH ENE

**Certification of ADR Session**

_Instructions:_ _The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file._

1.  I hereby certify that the parties in this matter held a ☐ Mediation or ☑ ENE session on (date) _7/3/08_

2.  Did the case settle?    ☐ fully    ☐ partially    ☑ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☑ no

4.  **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: _7/10/08_

Evaluator, Marjorie Gelb
Attorney at Law/Mediator
6279 Chabot Road
Oakland, CA 94618

**Certification of ADR Session**
08-00346 TEH ENE