1  PATRICK K. FAULKNER, COUNTY COUNSEL
   Renee Giacomini Brewer, SBN 173012
2  3501 Civic Center Drive, Room 275
   San Rafael, CA 94903
3  Tel.: (415) 499-6117, Fax: (415) 499-3796

4  Attorney(s) for the County of Marin

5  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
6  755 Baywood Drive, Suite 185
   Petaluma, CA  94954
7  Tel: (707) 763-7100; Fax: (707) 763-7180

8  Attorneys for Plaintiff Patricia Geib

9  Charles M. Louderback, SBN 99788
   Leila Narvid, SBN 229402
10 PAYNE & FEARS LLP
   One Embarcadero Center, Suite 2300
11 San Francisco, CA  94111
   Telephone: (415) 398-7860
12 Facsimile:  (415) 398-7863

13 Attorneys for Defendant Ken Canziani

14

15                 UNITED STATES DISTRICT COURT

16           FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 PATRICIA GEIB,                          Case No.: USDC 08-0346 TEH

19            Plaintiff,                    JOINT CASE MANAGEMENT
                                            CONFERENCE STATEMENT AND
20      v.                                  PROPOSED ORDER

21 COUNTY OF MARIN; MARIN COUNTY
22 SHERIFF'S DEPARTMENT; KEN CANZIANI,
   and DOES 1 through 50,
23
24            Defendants.

25

26

27      The parties in the above-entitled action submit this Case Management Statement and Proposed

28 Order and request the Court to adopt it as its further Case Management Order in this case.

Jt. CMC and Proposed order
28520

The parties to this action have attended Mediation and have reached a settlement subject to Marin County Board of Supervisor approval. The settlement agreement is on the agenda for the next scheduled meeting of the Marin County Board of Supervisors.

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civil L.R. 16-12, the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the court and private entities and has considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____        /s/_____
                             DAVID M. POORE
                             ATTORNEY FOR PLAINTIFF

Dated:_____        /s/_____
                             RENEE GIACOMINI BREWER
                             ATTORNEY FOR DEFENDANT
                             COUNTY OF MARIN

Dated:_____        /s/_____
                             LEILA NARVID
                             CHARLES LOUDERBACK
                             ATTORNEYS FOR DEFENDANT
                             KEN CANZIANI

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:


Dated:

                             _____
                             THELTON E. HENDERSON
                             NORTHERN DISTRICT COURT JUDGE

Jt. CMC Statement                          2
And Proposed Order
28494